

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 15, 1957

Honorable S. Perry Brown
Chairman
Texas Employment Commission
Austin, Texas

Opinion No. WW-321

Re: Whether or not it is
necessary for the Texas
Employment Commission to
have the approval of the
Board of Control of the
plans, designs and speci-
fications for the construc-
tion of a local office

Dear Mr. Brown:

building in Midland, Texas.

You have requested the opinion of this office on
whether or not it is necessary for the Texas Employment Com-
mission to have the approval of the Board of Control of the
plans, designs and specifications for the construction of a
local office building in Midland, Texas.

Article 681, Vernon's Civil Statutes, reads as
follows:

"The State Board of Control, through its
chief of such division, shall design all public
buildings erected at the expense of the state
where designing is not otherwise provided by
law or by its appropriation bill; but in no
instance shall plans or designs be adopted by
the head of any department, board, institution,
or school, other than the state educational
institutions of higher learning and the Texas
Prison System, and the Texas State Board for
Hospitals and Special Schools, unless such
design and plans have been approved by the
Board."

From the foregoing statute, and especially from the
latter part thereof, the Legislature has expressed its clear
intent that no plans or designs shall be adopted by the head
of any department, board, institution or school, unless such
design and plans have been approved by the Board of Control.
The Texas Employment Commission is clearly not excluded from
the operation of this statute under the exceptions therein,
and is therefore included in the operation of said statute.

It is our opinion that the Texas Employment Commission must have the approval of the Board of Control of the plans, designs, and specifications for the construction of a local office building at Midland, Texas. All Attorney General's Opinions in conflict herewith are overruled to the extent of such conflict.

## SUMMARY

It is necessary for the Texas Employment Commission to have the approval of the Board of Control of the plans, designs and specifications for the construction of a local office building in Midland, Texas.

Yours very truly,

WILL WILSON
Attorney General of Texas

By *Galloway Calhoun, Jr.*

Galloway Calhoun, Jr.
Assistant

GC:pf:jl

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

W. V. Geppert

C. K. Richards

John H. Minton, Jr.

REVIEWED FOR THE ATTORNEY GENERAL
BY:

James N. Ludlum